# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:07CV92

| | |
|---|---|
| ANGEL ROSEBORO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORTHO-McNEIL PHARMACEUTICAL, )<br>INC.; JOHNSON & JOHNSON; JOHNSON )<br>& JOHNSON PHARMACEUTICAL )<br>RESEARCH AND DEVELOPMENT, LLC, )<br>)<br>Defendants. )<br>) | ORDER PRO HAC VICE |

Came on this day to be considered the Motion of Laura A. Gianni for Admission *Pro Hac Vice* for purposes of the above-entitled case. After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore **ORDERED** that movant's Motion for Admission Pro Hac Vice is hereby **GRANTED**.

It is further **ORDERED** that Laura A. Gianni is hereby ADMITTED to the United States District Court, Western District of North Carolina, for purposes of the above-entitled case.

**IT IS SO ORDERED**.

Signed: February 26, 2007

_____
David C. Keesler
United States Magistrate Judge