# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:07CV92

| | |
|---|---|
| ANGEL ROSEBORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER PRO HAC VICE |
| ) | |
| ORTHO-McNEIL PHARMACEUTICAL, ) | |
| INC.; JOHNSON & JOHNSON; JOHNSON ) | |
| & JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Came on this day to be considered the Motion of Laura A. Gianni for Admission *Pro Hac Vice* for purposes of the above-entitled case. After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore **ORDERED** that movant's Motion for Admission Pro Hac Vice is hereby **GRANTED**.

It is further **ORDERED** that Laura A. Gianni is hereby ADMITTED to the United States District Court, Western District of North Carolina, for purposes of the above-entitled case.

**IT IS SO ORDERED**.

Signed: February 26, 2007

David C. Keesler
United States Magistrate Judge